NO. 07-00-0361-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 17, 2001

______________________________

ANDRE BERNARD HENDERSON, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 262ND DISTRICT COURT OF HARRIS COUNTY;

NO.  834,293; HONORABLE MIKE ANDERSON, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

Appellant, Andre Bernard Henderson, appeals his conviction for aggravated robbery.  The conviction was based upon his plea of guilty and a plea bargain with the State.  Furthermore, the sentence levied by the court fell within the parameters of the plea bargain.  We dismiss the appeal for want of jurisdiction.

Through a general notice of appeal, appellant contends that his plea was involuntary.  Because appellant pled guilty and filed a general notice of appeal and because the sentence assessed by the court did not exceed the parameters of the plea bargain, we have no jurisdiction to entertain his contention.  
Cooper v. State
, 45 S.W.3d 77 (
Tex. Crim. App. 2001
).   

Accordingly, the appeal is dismissed.

Brian Quinn

   Justice

Do Not Publish.